An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD OKADA,
　　　　　Appellant,

vs.

NEVADA PROPERTY 1, LLC,
　　　　　Respondent.

No. 64749

**FILED**

FEB 0 2 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

The settlement judge has filed a report indicating that appellant failed to attend the scheduled mediation pursuant to NRAP 16. Due to appellant's failure to appear, the settlement judge recommends that this court dismiss this appeal and order appellant to pay a sanction of $1,500.00. *See* NRAP 16(g) (the failure of a party to attend a scheduled mediation may be grounds for sanctions including dismissal of the appeal).

Counsel for appellant has filed a motion to withdraw. As cause for the motion, counsel indicates that there has "breakdown in communication" between his firm and appellant. Further, counsel states that he has "attempted to inform appellant . . . that a failure to participate in this matter may be deemed a confession of the appeal." The motion is served on appellant and is unopposed.

Pursuant to the settlement judge's recommendation, we dismiss this appeal. We decline, however to impose any further monetary sanction. Finally, cause appearing, we grant counsel's motion. Accordingly, the clerk shall remove attorneys Luis A. Ayon and Jason R.

SUPREME COURT
OF
NEVADA



(O) 1947A

15 - 03517

Maier of the law firm of Maier Gutierrez Ayon, PLLC, from the docket of this appeal.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Kenneth C. Cory, District Judge
Jerry J. Kaufman, Settlement Judge
Maier Gutierrez Ayon, PLLC
Snell & Wilmer, LLP/Las Vegas
Donald Okada
Eighth District Court Clerk